UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Roy Michael Hussey

    Plaintiff,

    v.

CBD of Denver, Inc.,

    Defendant.

Civil Action No. 2:23–cv–57

## **ORDER**

On or before April 28, 2023, Plaintiff shall return executed his Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 18th day of April 2023.

    */s/ Kevin J. Doyle*
    Kevin J. Doyle
    United States Magistrate Judge